AO91 (Rev. 8/01) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF TEXAS

Laredo Division

UNITED STATES OF AMERICA
V.
Margarito RODRIGUEZ-Carreon
Laredo, Texas

Larry HAYWOOD
Dallas, Texas

**CRIMINAL COMPLAINT**

Case Number: 5:14mj1319-1
2

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 13, 2014** (Date) in **Webb** County, in the Southern District of Texas, **Margarito RODRIGUEZ-Carreon** and **Larry HAYWOOD** defendant(s),

did unlawfully conspire to transport Mexican aliens Alvaro DAVILA-Gonzalez and Edgar CORONA-Ramirez, along with ten (10) other undocumented aliens from Mexico, by means of a motor vehicle within the Southern District of Texas, knowing or in reckless disregard of the fact that said undocumented aliens had come to, entered, or remained in the United States in violation of law, and transported or moved said undocumented aliens within the United States by means of motor vehicle or otherwise, in furtherance of such violation of law.

in violation of Title **8** United States Code, Section(s) **1324 (a) (1) (A) (ii)**

I further state that I am a(n) **Special Agent, Homeland Security Investigations** (Official Title) and that this complaint is based on the following facts: based on statements of the accused and records of the Immigration & Naturalization Service.

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

_____
Signature of Complainant

**Roy Huron**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**October 15, 2014** at **Laredo, Texas**
Date                               City and State

**Honorable J. Scott Hacker**
U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

United States of America                                                                 Page 2

vs

**Margarito RODRIGUEZ-Carreon**
   **Larry WILLIAMS**

[CONT OF BASIS OF COMPLAINT]

On October 13, 2014 at approximately 5:30pm, Homeland Security Investigation (HSI) Laredo, Special Agents (SA) were conducting surveillance at Obregon's Mexican Restaurant located on Saunders Street and Valencia Avenue in Laredo, Texas. HSI SAs observed a male subject driving a pewter colored Chevrolet Tahoe displaying Texas License Plates (TXLP) DNC 8965 drop off approximately six (6) subjects, and load them into a black tractor that was parked behind Obregon's Restaurant. HSI SAs observed the driver, later identified as Margarito RODRIGUEZ-Carreon (DOB: ▮▮▮▮), walk to the front of the restaurant and return with a second group of six (6) individuals. HSI SAs observed RODRIGUEZ-Carreon load the second group in to the tractor. The activity witnessed by HSI SAs is commonly perceived as alien smuggling activity. HSI SAs continued surveillance and followed the tractor to the Interstate 35 U.S. Border Patrol (USBP) Checkpoint. RODRIGUEZ-Carreon was subsequently detained by HSI SAs.

At approximately 6:30pm, HSI SAs contacted Border Patrol Agents (BPAs) assigned to the USBP checkpoint located on I-35 north of Laredo, Texas and notified them of the alien smuggling activity witnessed during surveillance at Obregon's Restaurant. HSI SAs requested a secondary inspection of the tractor. During the immigration inspection, the BPA observed the driver, later identified as Larry HAYWOOD (DOB: 11/26/1956) as being nervous and avoiding eye contact. At secondary inspection, twelve (12) individuals were found hiding throughout the sleeper area. BPAs conducted immigration inspections on the twelve (12) occupants of the vehicle, and it was determined that all twelve (12) had entered the United States illegally by wading across the Rio Grande River without being inspected and had no legal right to remain in the United States. All twelve (12) of the subjects were citizens of Mexico, including two juvenile males.

HSI SAs conducted interviews of all subjects involved. HAYWOOD was read his Miranda Rights to which he freely waived and agreed to speak with HSI SAs. HAYWOOD stated he was recruited to transport the undocumented aliens (UDAs) from Laredo, TX to San Antonio, TX for financial gain by his friend, Lorray NELSON. HAYWOOD stated he was going to be paid approximately two thousand dollars ($2,000.00 USD) to transport the UDAs. HAYWOOD said NELSON introduced him to an individual he only knew as "RAYMOND" LNU, and that "RAYMOND" LNU hired him to smuggle the UDAs. HAYWOOD further stated he picked up the tractor in San Antonio, TX and drove it down to Laredo, TX. After being loaded with the twelve (12) UDAs, HAYWOOD proceeded to the Interstate 35 Border Patrol Checkpoint. HAYWOOD further admitted that he was successful in two (2) prior alien smuggling attempts, stating they occurred on October 6, and October 8, 2014, using the same US Border Patrol Checkpoint. HAYWOOD stated he was paid two thousand dollars ($2,000.00 USD) for each of the previous smuggling events.

At approximately 9:00pm, HSI SAs read RODRIGUEZ-Carreon his Miranda Rights in the Spanish language. RODRIGUEZ-Carreon stated he was recruited to transport the undocumented aliens (UDAs) for financial gain. RODRIGUEZ-Carreon said he met with an unknown male subject in the parking lot of a grocery store, where six (6) UDAs were loaded into RODRIGUEZ-Carreon's vehicle. RODRIGUEZ-Carreon stated he then transported the UDAs to Obregon's Restaurant and loaded them inside an awaiting tractor parked behind the restaurant. RODRIGUEZ-Carreon stated he then walked inside the restaurant and gathered six (6) more UDAs, walked them to the tractor, and instructed them to board. RODRIGUEZ-Carreon said was going to be paid approximately two hundred to three hundred dollars ($200.00 - $300.00 USD) for transporting the UDAs. RODRIGUEZ-Carreon said he was hired by an individual he knew only as "EL PERRO" to smuggle the UDAs. RODRIGUEZ-Carreon further stated he has transported UDAs in previous smuggling attempts. RODRIGUEZ-Carreon said he's dropped off UDAs at different locations, mentioning Wal-Mart stores and Obregon's restaurant. RODRIGUEZ-Carreon said he dropped of UDAs to awaiting tractors where they are to be smuggled up north.

HSI SAs interviewed the ten (10) adult UDAs and each stated that they were transported to the tractor by an individual wearing a red polo shirt and blue jeans, the same attire worn by RODRIGUEZ-Carreon. The UDAs also stated they were instructed to climb in the cab of the tractor and to hide underneath the bed in the sleeper compartment by the individual wearing the red polo shirt.

RODRIGUEZ-Carreon and HAYWOOD were arrested and charged with 8 USC 1324, Transporting Undocumented Aliens. Alvaro DAVILA-Gonzalez and Edgar CORONA-Ramirez were held as material witnesses. The subjects were transported to Webb County Jail without incident.